AO 442 (Rev. 11/11) Arrest Warrant

U.S. MARSHALS SERVICE
JUN 06 2024 11:26

# UNITED STATES DISTRICT COURT

FILED 6 JUN '24 14:15 USDC-ORP

for the

District of Oregon

ORIGINAL

United States of America
v.
Steven Worth Ellis

*Defendant*

Case No. 3:24-mj-00115

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Steven Worth Ellis,
who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 2251(a) and (e) – Sexual Exploitation of Children
18 U.S.C § 2422(b) – Coercion and Enticement of a Minor
18 U.S. Code § 2423(b) – Travel With Intent To Engage in Illicit Sexual Conduct

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

Date: June 5, 2024

Jolie A Russo
*Issuing officer's signature*

City and state: Portland, Oregon

Jolie A. Russo, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________

DATE 06/06/2024
ARRESTED BY HSI

DEPARTMENT OF JUSTICE UNITED STATES MARSHAL JUSTICE INTEGRITY SERVICE

Date: ________

U.S. MARSHAL

*Arresting officer's signature*

BY E. CATER

*Printed name and title*